UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALEXANDER PANEK,

                        **Petitioner,**

            **v.**                                    **5:04-CV-94 (FJS)**

UNITED STATES OF AMERICA,

                        **Respondent.**
_____

**APPEARANCES**                                 **OF COUNSEL**

**ALEXANDER PANECK**
**Reg. No. 08311-052**
LSCI Allenwood
P.O. Box 1000
White Deer, Pennsylvania 17887-1000
Petitioner *pro se*

**OFFICE OF THE UNITED STATES**       **EDWARD R. BROTON, AUSA**
**ATTORNEY**
100 South Clinton Street
P.O. Box 7198
Syracuse, New York 13261-7198
Attorneys for Respondent

**SCULLIN, Chief Judge**

## ORDER

      Petitioner seeks a certificate of appealability ("COA") so that he may appeal from the Court's March 1, 2005 Memorandum-Decision and Order. *See* Dkt. No. 10. The Court may only issue a COA if Petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(1). The only issue that Petitioner raises in his application for a COA is whether the Court violated his Fifth and Sixth Amendment rights by enhancing his sentence

without submitting the factual predicates of the enhancement to a jury. Although he does not refer to it, Petitioner's position relies upon the Supreme Court's recent decision in *United States v. Booker*, 125 S. Ct. 738 (2005). However, the Second Circuit has clearly held that "*Booker* is not retroactive, *i.e.*, it does not apply to cases on collateral review where the defendant's conviction was final as of January 12, 2005, the date that *Booker* was issued." *Guzman v. United States*, 404 F.3d 139, 144 (2d Cir. 2005). Consequently, Petitioner has not made a substantial showing of the denial of a constitutional right.

Accordingly, after carefully considering the file in this matter, Petitioner's submissions, and the applicable law, and for the reasons stated herein, the Court hereby

**ORDERS** that Petitioner's application for a certificate of appealability is **DENIED.**

**IT IS SO ORDERED.**

Dated: June 30, 2005
       Syracuse, New York

                                           Frederick J. Scullin, Jr.
                                           Chief United States District Court Judge